# ALABAMA COURT OF CRIMINAL APPEALS



January 17, 2025

**CR-2023-0568**
Curtis H. Boddy v. State of Alabama (Appeal from Russell Circuit Court: CC-21-258)

## NOTICE

You are hereby notified that on January 17, 2025, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk